RALPH W. STONE and JOHN L. STONE, as Executors, etc., and Another, Respondents, v. GEORGE GERZOG, Defendant, and GEORGIA BUILDING COMPANY, Appellant.— Order modified so that appellant's motion to vacate the judgment be granted unconditionally, with ten dollars costs, and as so modified affirmed, with ten dollars costs and disbursements of this appeal to appellant. The omission to serve with the answer an order directing trial of the issues under section 1778 of the Code of Civil Procedure had been waived. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concurred.

RALPH W. STONE and JOHN L. STONE, as Executors, etc., and Another, Respondents, v. GEORGIA BUILDING COMPANY, Appellant.— Order modified so as to grant appellant's motion to set aside the default judgment unconditionally, with ten dollars costs, and as so modified affirmed, in accordance with decision in *Stone* v. *Gerzog* (*ante*, p. 914), decided herewith. This, however, is without costs here, save the necessary printing disbursements. (*Woodworth* v. *Brooklyn Elevated R. R. Co.*, 29 App. Div. 1, 3.) Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concurred.

MARY LOUISE UNDERHILL, Respondent, v. NEW YORK, WESTCHESTER AND BOSTON RAILWAY COMPANY and Another, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ.

JAMES CARRINGTON, Respondent, v. MORRIS ISREAL, Appellant.— Judgment and order of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

SAMUEL KLEIN, SR., and Others, Copartners, etc., Respondents, v. PETER SPINELL, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that, irrespective of the merits of the case, the defendant had an absolute right to have the jury polled at any time before the entry of the verdict, and the refusal of the learned trial justice to grant his request, to which exception was duly taken, constituted reversible error. Jenks, P. J., Thomas, Rich, Putnam and Kelly, JJ., concurred.

GERTRUDE V. McLELLAN, Respondent, v. CORNELIUS D. WOOD, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH CONDE, Appellant.— Judgment of conviction of the County Court of Westchester county affirmed. No opinion. Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LENA BARNETT, Appellant, v. MORRIS BERGER and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, J., concurred.